■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY BYNUM, Appellant. [823 NYS2d 116]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed June 14, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Florio, J.P., Ritter, Luciano and Covello, JJ., concur.